UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ANGEL JIMENEZ,<br><br>Defendant. | Case No. 06-cr-00316-VC-18<br><br>**ORDER GRANTING STIPULATION REGARDING SENTENCE REDUCTION UNDER U.S.S.G. § 1B1.1(b)(1) AND AMENDMENT 782**<br><br>Re: Doc. No. 639 |

The Court grants the parties' stipulation to enter an order reducing the defendant's term of custody to 126 months, effective November 1, 2015. The Court requests that the probation office add the following language to the proposed amended judgment: "If this sentence is less than the amount of time the defendant has already served as of November 1, 2015, the sentence is reduced to a time served sentence."

**IT IS SO ORDERED**.

Dated: December 19, 2014

_____
VINCE CHHABRIA
United States District Judge