# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: CR-06-00316-018 VC |
| Michael Angel Jimenez ) | USM No: 93639-111 |
| ) | |
| Date of Original Judgment: 11/19/2007 ) | |
| Date of Previous Amended Judgment: ) | Shilpi Agarwal (AFPD) |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  151  months **is reduced to**  126 months* .

*(Complete Parts I and II of Page 2 when motion is granted)*

*If this sentence is less than the amount of time the defendant has already served as of

November 1, 2015, the sentence is reduced to a time served sentence.

Except as otherwise provided, all provisions of the judgment dated  11/20/2007  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  December 31, 2014

*Judge's signature*

Effective Date:  11/01/2015       Honorable Vince Chhabria, U.S. District Judge
*(if different from order date)*       *Printed name and title*